# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| EPSON AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 0:21-cv-60288-RS |
| v. ) | |
| ) | |
| COOPER AV SOUNDS INC. D/B/A ) | |
| AMAZON SELLER "EDGE AV STORE", ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Epson America, Inc., by and through its undersigned counsel, state that Epson America, Inc., is one hundred (100%) percent owned by Seiko Epson Corporation, which is a publicly-held Japanese corporation.

Dated: March 2, 2021                                        Respectfully submitted,

  */s/ Jonathan B. Morton*
**Jonathan B. Morton, Esq.**
Florida Bar No. 956872
jonathan.morton@klgates.com
K&L Gates LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, FL 33131-2399
Telephone:    305-539-3300
Facsimile:    305-358-7095
**Morgan T. Nickerson** *(pro hac vice)*
morgan.nickerson@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone:  617.261.3100
Facsimile:  617.261.3175
Counsel for Plaintiff *Epson America, Inc.,*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the forgoing was filed via ECF this 2nd day of March, 2021.

                *By:* */s/ Jonathan B. Morton*
                   **Jonathan B. Morton, Esq.**